PROB 12C
(6/16)

Report Date:  May 5, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Perez-Rodriguez          Case Number: 0980 4:21CR06031-MKD-1

Address of Offender: ███████████████  Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr, U.S. District Judge

Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 19, 2022

Original Offense:          Distribution of 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi); Possession with Intent To Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

Original Sentence:    Prison - 60 months          Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:    Stephanie A Van Marter      Date Supervision Commenced: March 9, 2026

Defense Attorney:        Craig Donald Webster       Date Supervision Expires: March 8, 2031

---

### PETITIONING THE COURT

To issue a warrant.

On March 10, 2026, Mr. Perez-Rodriguez reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Perez-Rodriguez is in violation of his supervision conditions by failing to undergo a substance abuse evaluation on or before April 24, 2026.

On April 8, 2026, this officer met with Mr. Perez-Rodriguez and discussed his chemical addiction.  Mr. Perez-Rodriguez developed a plan to include undergoing a substance abuse evaluation to address his substance use.  Mr. Perez-Rodriguez was instructed to complete the evaluation on or before April 24, 2026.

Prob12C
**Re: Perez-Rodriguez, Ricardo**
**May 5, 2026**
**Page 2**

As of the date of this petition, Mr. Perez-Rodriguez has not undergone a substance abuse evaluation as directed.

**Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Perez-Rodriguez is in violation of his supervision conditions by consuming a controlled substance, cocaine, on or about April 6, 2026.

On April 8, 2026, Mr. Perez-Rodriguez reported to the probation office as instructed for urinalysis testing. Mr. Perez-Rodriguez admitted to having consumed cocaine a few days earlier. Mr. Perez-Rodriguez reviewed and signed an admission report admitting to the use of cocaine on or about April 6, 2026.

**Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Perez-Rodriguez is in violation of his supervision conditions by consuming alcohol on or about May 1, 2026.

On May 1, 2026, at approximately 4:30 p.m., this officer conducted an unannounced home visit. As this officer arrived to the residence, the front door was open and loud music was blaring. As this officer approached the front door, Mr. Perez-Rodriguez was observed sitting at the dinning table taking a drink of a Corona beer bottle. This officer made contact with Mr. Perez-Rodriguez at the door way and was welcomed in the home. Mr. Perez-Rodriguez admitted to have started drinking alcoholic beverages before this officer's arrival.

**Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Perez-Rodriguez is in violation of his supervision conditions by consuming a controlled substance, cocaine, on or about May 2, 2026.

On May 4, 2026, Mr. Perez-Rodriguez reported to the probation office as instructed for urinalysis testing. Mr. Perez-Rodriguez provided a urine sample that tested positive for alcohol and cocaine. Mr. Perez-Rodriguez admitted to having consumed alcohol and cocaine on May 2, 2026.

**Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Prob12C
**Re: Perez-Rodriguez, Ricardo**
**May 5, 2026**
**Page 3**

**Supporting Evidence**:  Mr. Perez-Rodriguez is in violation of his supervision conditions by consuming alcohol on or about May 2, 2026.

Please refer to violation number 4 above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 5, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

May 5, 2026

Date