PROB 12C
(6/16)

Report Date: September 30, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2026

SEAN F. McAVOY, CLERK

ECF No. 103

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Perez-Rodriguez    Case Number: 0980 4:21CR06031-MKD-1

Address of Offender: [redacted] Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 19, 2022

| | | |
|---|---|---|
| Original Offense: | Ct. 2: Distribution of 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi);<br>Ct. 4: Possession with Intent To Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi); | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 20, 2026) | Prison - Time Served (24 days)<br>TSR - 59 months | |
| Asst. U.S. Attorney: | Laurel Jane Holland | Date Supervision Commenced: August 20, 2026 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: July 19, 2031 |

## PETITIONING THE COURT

To issue a warrant.

On September 18, 2026, Mr. Perez-Rodriguez reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: The defendant is in violation of his supervision conditions by failing to undergo a substance abuse evaluation since on or about August 20, 2026.

On September 29, 2026, this office verified with the defendant's treatment provider that he has not returned to participate in treatment services for the month of September and would need to undergo a substance abuse evaluation.

2 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 18, 2026, during a home visit, the defendant failed to provide a urine sample for testing as required.

A home visit was conducted and the defendant was instructed to submit to urinalysis (UA) testing. The defendant stated he could not provide a sample. The defendant was given approximately an hour and two attempts to provide a urine sample with no success.

3 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 21, 2026, the defendant failed to report to the probation office in Yakima, Washington, to provide a urine sample for testing as required.

On September 18, 2026, the defendant was instructed to report to the Yakima probation office on September 21, 2026, for UA testing. The defendant failed to report to the probation office and failed to provide a urine sample for testing on September 21, 2026, as instructed.

4 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 25, 2026, the defendant reported to the probation office in Yakima, Washington, and failed to provide a urine sample for testing as required.

On September 25, 2026, the defendant reported to the probation office at approximately 4:56 p.m. for urinalysis testing. The defendant failed to provide a urine sample for testing.

5 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On September 25, 2026, the probation officer instructed the defendant to report to the U.S. Probation Office on September 28, 2026. He failed to report as directed.

6 **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 28, 2026, this officer received a call from the defendant's mother, who reported the defendant was extremely intoxicated over the weekend (September 26-27, 2026), and the defendant's child and his siblings were there. She also stated if he was tested, his urinalysis tests would not return clean.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

September 30, 2026

Date